Joseph KIEFER, II, Plaintiff—
Appellant,

v.

LITHIA MOTORS, INC.; Lithia HPI, Inc., dba Lithia Volkswagen Audi, dba Lithia Volkswagen Isuzu, dka Lithia Volkswagen; Lithia Medford Hon, Inc.; Lithia Motors Support Services, Inc., Defendants—Appellees.

No. 06–35289.

United States Court of Appeals, Ninth Circuit.

Argued and Submitted Feb. 4, 2008.

Filed May 27, 2008.

G. Jefferson Campbell, Jr., Esq., G. Jefferson Campbell Jr., PC, Medford, OR, for Plaintiff–Appellant.

Robert P. Wilson, Sonsini, Esq., Keith E. Eggleton, Esq., Wilson Sonsini, et al., Palo Alto, CA, Mark R. Weaver, Esq., David B. Paradis, Esq., Brophy Mills Schmor Gerking & Brophy, Medford, OR, Nancie K. Potter, Esq., Foster Pepper Tooze, LLP, Portland, OR, for Defendants–Appellees.

Before: RYMER, T.G. NELSON, and PAEZ, Circuit Judges.

ORDER *

Joseph Kiefer appeals the district court's post-judgment order sanctioning him for breaching a settlement agreement

by 9th Cir. R. 36–3.

in a wrongful termination action. The district court lacked jurisdiction to sanction Kiefer because it failed to retain jurisdiction over the settlement agreement in the order of dismissal or to incorporate the terms of the settlement agreement in the order of dismissal. *See Kokkonen v. Guardian Life Ins. Co. of Am.*, 511 U.S. 375, 381, 114 S.Ct. 1673, 128 L.Ed.2d 391 (1994). Therefore, the district court's sanctions order must be vacated.

**REVERSED and VACATED.**

---

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.